IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE<br>COBB, JEFFERSON R.<br><br>DEBTOR(S). | ) CASE NO: 10-02234-TOM-7<br>) CHAPTER 7<br>)<br>) |

## TRUSTEE'S REPORT OF UNCLAIMED PROPERTY

I, James G. Henderson, Ch. 7 Trustee, Trustee in the above named case, file this Report of Unclaimed Property pursuant to 11 U.S.C.§ 347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure and submit a check to the Clerk of this Court in the amount of **$58,316.91** which represents the following:

| Claim No. | Creditor and Last Known Address | Dividend or Unclaimed Fund |
|---|---|---|
| 000001 | The North Face<br>c/o Cloud & Tidwell<br>1625 R Arrington Jr Blvd S<br>Birmingham, AL 35205 | $7,560.74 |
| 000002 | Colorado Business Bank<br>c/o Gary Moschetti & Assoc LLC<br>4704 Harlan Street, Ste 340<br>Denver, CO 80212 | $36,450.64 |
| 000007 | GB Retail, LLC<br>c/o Bruce P. Anderson, Esq.
200 Grand Blvd, Suite 205A<br>Destin, FL 32550 | $14,305.53 |

Respectfully submitted this the 28th day of August, 2019.

JAMES G. HENDERSON
CH. 7 TRUSTEE

CHAPTER 7 TRUSTEE
1210 Financial Center
505 20th Street North
Birmingham, AL 35203-4662
(205) 328-9190